SOUTH CAROLINA INS. CO. v.
SOUTHEASTERN PAINTING CO.

No. 729P85.

Case below: 77 N.C. App. 391.

Petition by defendant (H. Angelo & Company, Inc.) for writ of certiorari to the North Carolina Court of Appeals denied 18 February 1986.

STATE v. BOONE

No. 676P85.

Case below: 77 N.C. App. 238.

Motion by State to dismiss appeal for lack of substantial constitutional question allowed 7 January 1986. Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. BOWLING

No. 3P86.

Case below: 77 N.C. App. 845.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 February 1986.

STATE v. BRIGHT

No. 20P86.

Case below: 78 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. BROWN

No. 801P85.

Case below: 78 N.C. App. 442.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.